**Kimberly T. COOPER, Plaintiff–Appellant,**

v.

**The CITY OF ROANOKE, VIRGINIA; Michael Washington, Defendants–Appellees.**

**No. 03–1132.**

United States Court of Appeals, Fourth Circuit.

Submitted July 31, 2003.

Decided Sept. 2, 2003.

John P. Fishwick, Jr., Lichtenstein, Fishwick & Johnson, P.L.C., Roanoke, Virginia, for Appellant. William M. Hackworth, Elizabeth K. Dillon, City Attorney's Office for the City of Roanoke, Roanoke, Virginia, for Appellees.

Before WILLIAMS, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Kimberly T. Cooper appeals the district court's order entering summary judgment for Defendants in this Title VII action alleging a sexually hostile work environment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Cooper v. City of Roanoke,* No. CA–02–673–7 (W.D.Va. Jan. 10, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*